# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

DAWN M. WARD, Trustee of the Al-Pheus Ward Trust,

        Plaintiff,

      v.

WELLS FARGO HOME MORTGAGE, INC., And DOES 1 through XXX,

        Defendants.

Case No. 14-cv-00565 NC

**ORDER TO UPDATE COURT**

At the hearing on Wells Fargo's motion to dismiss on April 16, 2014, the Court gave its tentative view that it would deny the motion to dismiss on most claims, but that it would not rule on the motion until the parties completed mediation. Dkt. No. 32. According to the docket, the parties participated in mediation on May 9, 2014. The parties must jointly submit a letter within seven days of this order, updating the Court as to whether the case has settled, whether the parties are engaging in additional efforts at settlement, or whether the parties require a ruling on the motion to dismiss.

IT IS SO ORDERED.

Date: May 12, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge