UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DAWN M. WARD, as Trustee of the Al-Pheus Ward Trust Dated 4/3/2010, as Special Administrator of the Estate of Al-Pheus Ward, and as an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, INC., And DOES 1 through XXX,<br><br>Defendants. | CASE NO.:  3:14-CV-00565-NC<br><br>[The Honorable Nathanael Cousins]<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DECEMBER 17, 2014 CASE MANAGEMENT CONFERENCE; PROPOSED BRIEFING SCHEDULE** AS MODIFIED<br>**Current CMC**<br>Date:           December 17, 2014<br>Time:           10:00 a.m.<br>Ctrm:           A |

1  Having read and considered the foregoing Stipulation, and good cause appearing:

2  IT IS HEREBY ORDERED:

3  1. The Case Management Conference that is presently scheduled for December 17,

4  2014 is hereby continued to ~~February 18, or~~ ____March 4____, 2015 at 10:00 a.m.

5  2. Plaintiff shall file her Second Amended Complaint on or before December 22,

6  20104; and

7  3. Wells Fargo shall respond to the Second Amended Complaint on or before

8  January 23, 2015.

11  Dated: ____December 9, 2014____

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Nathanael M. Cousins]

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DECEMBER 17, 2014 CASE MANAGEMENT CONFERENCE; PROPOSED BRIEFING SCHEDULE**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System:**

*Plaintiff, Pro Se*

Dawn M. Ward, Esq.
825 Oak Grove Avenue, Suite D-202
Menlo Park, CA  94025
Telephone:  (650) 473-0227
Facsimile:  (650) 618-1447
bdkward@aol.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on December 9, 2014.

| Lina Velasquez | /s/ Lina Velasquez |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |