UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DAWN M. WARD, as Trustee of the Al-Pheus Ward Trust Dated 4/3/2010, as Special Administrator of the Estate of Al-Pheus Ward, and as an Individual,<br><br>       Plaintiff,<br><br>       vs.<br><br>WELLS FARGO HOME MORTGAGE, INC., And DOES 1 through XXX,<br><br>       Defendants. | CASE NO.:  3:14-CV-00565-NC<br><br>[The Honorable Nathanael Cousins]<br><br>**ORDER GRANTING JOINT STIPULATION TO SPECIALLY SET THE HEARING ON WELLS FARGO'S MOTION TO DISMISS SECOND AMENDED COMPLAINT TO COINCIDE WITH CASE MANAGEMENT CONFERENCE** AS MODIFIED<br><br>**Current Hearing on MTD SAC**<br>Date:        March 4, 2015<br>Time:        1:00 p.m.<br>Ctrm:        A |

1  Having read and considered the foregoing Stipulation, and good cause appearing:

2  IT IS HEREBY ORDERED: Wells Fargo's Motion to Dismiss Second Amended

3  Complaint is specially set for hearing at ~~10:00 a.m. on March 4, 2015~~ 1:00 p.m. on March 3, 2015 to coincide with the Case

4  Management Conference.

7  Dated:  February 3, 2015

8  HON. _____
   UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED AS MODIFIED*
Judge Nathanael M. Cousins

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING JOINT STIPULATION TO SPECIALLY SET THE HEARING ON WELLS FARGO'S MOTION TO DISMISS SECOND AMENDED COMPLAINT TO COINCIDE WITH CASE MANAGEMENT CONFERENCE**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System:**

*Plaintiff, Pro Se*

Dawn M. Ward, Esq.
825 Oak Grove Avenue, Suite D-202
Menlo Park, CA 94025
Telephone: (650) 473-0227
Facsimile: (650) 618-1447
bdkward@aol.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on January 30, 2015.

| Lina Velasquez | */s/ Lina Velasquez* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |