UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN M. WARD,<br><br>     Plaintiff,<br><br>     v.<br><br>WELLS FARGO HOME MORTGAGE, INC.,<br><br>     Defendant. | Case No. 14-cv-00565 NC<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT**<br><br>Re: Dkt. No. 83 |

Plaintiff Dawn Ward and defendant Wells Fargo engaged in settlement talks on May 28, 2015. Dkt. No. 83. The parties settled. *Id.* Because the Court has not yet received a status update, the Court orders the parties to either dismiss the case or to submit a report regarding the status of settlement by July 27, 2015.

**IT IS SO ORDERED.**

Dated: July 20, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.: 14-cv-00565 NC