**DAWN M. WARD, SBN 146299**
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065

(650)473-0227
(650)618-1447 - fax

Attorney for Plaintiff
DAWN M. WARD, Trustee

[Court seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA]

**GRANTED**
Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| DAWN M. WARD, Trustee of the Al-Pheus Ward Trust Dated 4/3/2010, ) ) ) Plaintiff ) ) vs. ) ) WELLS FARGO HOME MORTGAGE, INC., ) And DOES I through XXX, ) ) Defendants ) ) | Case No. 3:14-CV-005656-NC<br><br>[The Honorable Nathanael Cousins]<br><br>**NOTICE OF DISMISSAL** |

PLAINTIFF DAWN M. WARD, in each of her capacities asserted herein, hereby dismisses this entire matter and all causes of action with prejudice.

Dated: August 10, 2015

_[signature]_
DAWN M. WARD
BDKWard@aol.com
Attorney for Plaintiff
Dawn M. Ward, Trustee of the
Al-Pheus Ward Trust Dated 4/3/2010